UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
JUN 03 2010
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 10-40064 |
| Plaintiff, | |
| | INDICTMENT |
| vs. | |
| | EMBEZZLEMENT AND THEFT OF |
| TERRI DUNKELBERGER, | LABOR UNION ASSETS |
| Defendant. | 29 U.S.C. § 501(c) |

The Grand Jury Charges:

From on or about the 1st day of January, 2008, through on or about the 31st day of December, 2009, in the District of South Dakota, Terri Dunkelberger, while holding the position of financial secretary treasurer of the Amalgamated Transit Union Local 1356, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $24,148,98, all in violation of 29 U.S.C. § 501(c).

A TRUE BILL:

_____
Foreperson

BRENDAN V. JOHNSON
UNITED STATES ATTORNEY

By_____